JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAO-MSO RECOVERY II, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCURY GENERAL CORPORATION,<br><br>    Defendant. | Case No. 2:20-mc-00142-AB (AFMx)<br><br>**ORDER DISMISSING CASE** |

    This case concerns a motion by Fallon Community Health Plan, Inc. to quash a Rule 45 subpoena served by defendant Mercury General Corporation. The subpoena at issue relates to two cases — 2:17-cv-2525-AB (AFMx) and 2:17-cv-2557-AB (AFMx) — both of which were dismissed for lack of subject matter jurisdiction on August 12, 2021. Plaintiffs' motions for reconsideration of the dismissal order in the underlying cases were denied on November 29, 2021.

    As a result of the dismissal of the underlying cases, Fallon Community Health Plans' motion to quash is moot, and this case is dismissed.

Dated: January 10, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE